IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 5:07cr7/RS-CJK
       5:14cv153/RS-CJK

ARTHUR WILLIAMS, JR.,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 235). Defendant has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendant's Motion To Vacate pursuant to 28 U.S.C. § 2255 (Doc. 234) is summarily dismissed as this Court lacks jurisdiction to consider a successive motion absent authorization from the Eleventh Circuit.

3. A certificate of appealability is denied.

**ORDERED** on July 30, 2014.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**